UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL NO. 5:25-CR-01-KKC-1

UNITED STATES OF AMERICA                                       PLAINTIFF

v.     **RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM**

LARRY RAY COFFMAN                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

Defendant, Larry Ray Coffman, by counsel, states as follows in response to the government's sentencing memorandum requesting that he be sentenced to life in prison:

Counsel for Mr. Coffman believes a sentence of 360 months would be sufficient to accomplish the goals of the sentencing statute, 18 U.S.C. Sec. 3553. The government argues that no sentence short of life will provide adequate protection of the public. While counsel obviously cannot assert that both Mr. Coffman's crimes of conviction and his history of child sexual abuse are extremely serious, she submits that other circumstances warrant a sentence short of life.

First, Larry Coffman, who is now 42 years old, has serious medical conditions which make it unlikely he would survive a 360 month sentence. He is diabetic, has liver disease and hypercholesterol, and suffers from diabetic neuropathy. In addition, he suffered a stroke in May 2023 and was hospitalized for three days due to that. The combination of liver disease and diabetes creates a significantly lower life expectancy. He also reports a history of anxiety and panic attacks. A thirty year sentence would like be an effective life sentence.

Secondly, Larry suffered from extreme childhood trauma which may have impacted his mental health and his emotional maturity. His family was extremely poor, which led to his starting to work in restaurants while still in school. He ended up leaving school at sixteen after completing eighth grade so he could work more hours and help support the family.

Larry failed sixth grade due to truancy; during his younger years, his mother was an alcoholic and drug addict. She was unable to provide Larry with guidance during that period. Larry's father went to prison when Larry was eleven, and he effectively took care of himself thereafter. Neither parent was able to supervise or instruct him during crucial periods of his life.

Larry suffered additional trauma due to sexual abuse by a cousin between the ages of six and twelve. One of his mother's boyfriends physically abused him when he was 14 or 15 years old. He reports that he was diagnosed with Asperger's syndrome while he was in prison in his twenties, but received no treatment for the condition. He suspects that his unusual focus on sex is a result of his being on the autism spectrum, but he has not discussed that with any mental health professional and does not know whether any remedy exists.

Once released from his first prison sentence and a registered sex offender, Larry could never obtain any high-paying jobs, and mainly worked in restaurants and factories. He lived with his mother and at times was able to contribute to the family income. Later, he took care of his young children so their mothers could work, since their earning power was greater than his.

Larry has never been accused of any violent crime. He is very intelligent and, if he

had experienced a typical childhood, probably could have obtained an education and become a productive member of society instead of a registered sex offender.

Counsel submits that the combination of a very traumatic, impoverished childhood, marked by no parental guidance and attended by physical and sexual violence, and current serious medical conditions, justifies a sentence of 360 months. A life sentence would be greater than necessary to punish him for his crimes and to protect the public from further offenses. Counsel asks the Court to impose a sentence of 360 months.

Respectfully submitted,

s/  Adele Burt Brown
ADELE BURT BROWN
KBA No.  09767
201 West Short Street, Suite 600
Lexington, Kentucky   40507
(859) 255-0094
adele_brown@ix.netcom.com

ATTORNEY FOR DEFENDANT

## **CERTICATE**

I certify that I filed this RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM with the Clerk of Court on August 14, 2025 using the CM/ECF system, which will electronically notify Hon. Erin M. Roth, Assistant United States Attorney.

s/  Adele Burt Brown
ADELE BURT BROWN